# EXHIBIT 2

- 1 -

# IN THE JUSTICE OF THE PEACE COURT OF
# THE STATE OF DELAWARE, IN AND FOR NEW CASTLE COUNTY
# COURT NO. 13

| | |
|---|---|
| COURT ADDRESS:<br>1010 Concord Ave.<br>Wilmington DE 19802 | CIVIL ACTION NO. JP-18-012505 |

| | | |
|---|---|---|
| ALEKSEI AFONIN | VS. | BARCLAYS BANK DELAWARE |
| PLAINTIFF | | DEFENDANT |

### NOTICE OF FILING OF NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that the above-styled action has been removed to the United States District Court for the District of Delaware (the "District Court") by the filing of the attached Notice of the Removal with the Clerk of the District Court on January 2, 2019. A true and correct copy of the Notice of Removal is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that upon filing the Notice of Removal with the Clerk of the District Court, along with filing copies thereof with the Clerk of this Court, Defendant Barclays Bank Delaware has effected the removal of the above-styled matter, and neither this Court nor the Plaintiff shall proceed in this matter unless or until it is remanded to this Court.

- 2 -

|  |  |
|---|---|
| DATED:  January 2, 2019 | REED SMITH, LLP |
|  | */s/ Benjamin P. Chapple*<br>Benjamin P. Chapple (No. 5871)<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Email: bchapple@reedsmith.com<br>*Counsel for Barclays Bank Delaware* |

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of this Notice of Removal was served on January 2, 2019, via first class mail, upon the following:

ALEKSEI AFONIN
20929 LASSEN STREET, #211
CHATSWORTH, CA 91311

                              *By:*   */s/ Benjamin P. Chapple*
                                       Benjamin P. Chapple (No. 5871)